# UNITED STATES DISTRICT COURT
## for
## Connecticut

U.S.A. vs. Jason Secondino                     Docket Number:  0205 3:20-00908M-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Ryan Skal, Probation Officer, presenting an official report upon the conduct of defendant Jason Secondino, who was placed under pretrial release supervision by the Honorable Sarah A.L. Merriam, U.S. Magistrate Judge sitting in the court at New Haven, Connecticut on the twenty-second day of October, 2020 under the following conditions:

The defendant is placed in the custody of:
  Person or organization   Kathleen Secondino and Dione Juliano
  Address *(only if above is an organization)*
  City and State  North Branford                              Tel. No.
  Submit to supervision by and report for supervision to the U.S. Probation Office
  telephone number                             no later than
- [✓] surrender any passport to:  U.S. Probation Office
- [✓] not obtain a passport or other international travel document.
- [✓] abide by the following restrictions on personal association, residence, or travel:
      Restricted to Connecticut
- [✓] get medical or psychiatric treatment:
      As directed by pretrial services and current providers
- [✓] not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. ¶ 802, unless prescribed by a licensed medical practitioner.
- [✓] not possess a firearm, destructive device, or other weapon
- [✓] not use alcohol  (●) at all      ( ) excessively.
- [✓] submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- [✓] participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
- [✓] submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
    - [✓] You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services officer or supervising officer.
- [✓] report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

Defendant shall participate in SmartLink monitoring program

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Secondino is currently subject to Smart Link location monitoring technology, which requires him to submit random biometric check-ins through his smart phone in order to verify his location. On November 3, 2020, Mr. Secondino missed his check-ins at 10:06 A.M. and 1:07 P.M. This officer made unsuccessful attempts to contact Mr. Secondino.

On November 3, 2020, the probation office was informed by Mr. Secondino's third party custodian, Kathleen Secondino, that he took her car without permission and got into an auto accident. As a result her vehicle was totaled. It was further reported that Mr. Secondino was transported to Bridgeport Hospital where he was treated and later released to his girlfriend and third party custodian, Dione Juliano. Upon arriving back home from the hospital, Mr. Secondino engaged in some sort of argument with his girlfriend. Reportedly, the argument stemmed from Ms. Juliano refusing to drine Mr. Secondino somewhere else. After returning home Mr. Secondino yet again left his residence, and his whereabouts where unknown. Later in the afternoon, the probation office learned that Mr. Secondino was located by the North Haven Police Department on a main road. At this time, his girlfriend was en route to the location in order to pick him up at the request of the North Haven Police Department.

The undersigned officer contacted the North Haven Police Department and confirmed that police officers were on scene with Mr. Secondino. He was observed walking in the street and was reportedly under the influence of alcohol. Reports further confirmed that Mr. Secondino was picked up by his girlfriend and reportedly transported back to his residence. A copy of the police report has been requested.

As of this writing, Mr. Secondino is currently back home at his residence with his mother. Additionally, Mr. Secondino's cell phone is located somewhere in Trumbull, Connecticut where the accident took place. As a result he is unable to be monitored via Smartlink biometric check-ins.

On November 3, 2020, following the above noted events Mr. Secondino confirmed that he ended up in the hospital but did not disclose any additional information. He denied that he was driving a car, or that he consumed any alcohol or illegal drugs. Mr. Secondino reported that the hospital staff had given him a medication called Haldol. He advised that the medication was the cause of his slurred speech.

PRAYING THAT THE COURT WILL ORDER a modification of his conditions of release to include home incarceration (with the exception for medical and legal appointments) via Radio Frequency (RF) monitoring and a summons directing Mr. Secondino to appear in court to show cause as to why his conditions of release should not be revoked or modified.

## ORDER OF COURT

Considered and ordered this  4th  day of  November , 20 20   and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct

Executed on             Nov 3, 2020

Ryan Skal
U.S. Probation Officer

Place             New Haven, Connecticut

**Submit by Email**   **Print**   **Save As...**